UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BOCANEGRA,

        Plaintiff,

v.

GILEAD SCIENCES INC.,

        Defendant.

Case No. 23-cv-01515-KAW

ORDER TO SHOW CAUSE

This action was filed on March 30, 2023. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that June 28, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The Case Management Conference (CMC), originally scheduled for July 11, 2023, was continued to October 10, 2023, because Defendant had not been served 7 days prior to the original CMC date. (Re: Dkt. No. 11.)

IT IS HEREBY ORDERED that by no later than July 24, 2023, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge