UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOCANEGRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILEAD SCIENCES INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-01515-SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice for failure to prosecute. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 2, 2023

　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge